UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LENNY DYKSTRA,

    Plaintiff,

v.

6069321 CANADA, INC., SCOTT SATOV, HOWARD DVORKIN, and DEBT.COM,

    Defendants,

and

REBOUND MARKETING, LLC,

    Nominal Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2019

Civil Action No. 19-CV-688 (GHW)

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Lenny Dykstra hereby voluntarily dismisses with prejudice the above-entitled action against Defendants Howard Dvorkin and Debt.com.  A responsive pleading has not been filed in this action.  Plaintiff gives this notice under Rule 41(a)(1)(A)(i) and (B) of the Federal Rules of Civil Procedure, and thus no further order of the Court is required with respect to the dismissal of Defendants Dvorkin and Debt.com.

Respectfully submitted,

/s/ Eric M. Creizman
Eric M. Creizman
PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
747 Third Avenue, Suite 2000
New York, New York 10017
Telephone: (212) 972-0200
Facsimile: (646) 200-5022
Email: ecreizman@piercebainbridge.com
*Attorneys for Plaintiff Leonard Dykstra*

Plaintiff has voluntarily dismissed the claims against defendants Howard Dvorkin and Debt.com with prejudice pursuant to Rule 41(a)(1)(A)(i).  The Clerk of Court is directed to remove Howard Dvorkin and Debt.com from the list of defendants in this case.

SO ORDERED.

Dated: February 22, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge